# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**JEFF AND MARLENE HART,**

    **Plaintiffs**,

    v.

CASE NUMBER: 1:15-1028-JDB/egb
                     1:15-1143-JDB/egb

**RICKY L. WOOD, INDIVIDUALLY AND AS SUBSTITUTE TRUSTEE, WOOD LAW OFFICES, P.C., THE HARDIN COUNTY BANK, AND JOHN DOES 1-10**,

    **Defendants**.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on July 15, 2015, the June 24, 2015 report and recommendation is hereby ADOPTED in its entirety. Plaintiffs' complaints are hereby DISMISSED.

**APPROVED:**

                                                                 s/**J. Daniel Breen**
                                                                 **Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**